### DEBRA SHORE ET AL. *v.* HAVERSON ARCHITECTURE AND DESIGN, P.C.

### HAVERSON ARCHITECTURE AND DESIGN, P.C. *v.* MARC P. SHORE ET AL.

The petition by Haverson Architecture and Design, P.C., for certification for appeal from the Appellate Court, 92 Conn. App. 469 (AC 25945), is denied.

*Neal L. Moskow*, in support of the petition.

*James R. Fogarty*, in opposition.

Decided January 24, 2006

---

### SEBASTIANO FILECCIA *v.* NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 481 (AC 26228), is denied.

*Jon Berk*, in support of the petition.

Decided January 24, 2006